UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY GENO MARTINSON,

       Plaintiff,

    v.                          Case No.:  2:25-cv-00446-SPC-KCD

STATE OF FLORIDA,

       Defendant,

_____/

## OPINION AND ORDER

Before the Court is Anthony Geno Martinson's Notice of Removal (Doc. 1).  Martinson seeks to remove a criminal prosecution from a Charlotte County, Florida court to this Court under 28 U.S.C. § 1455.  But Martinson did not file "a copy of all process, pleadings, and orders served upon" him in the state criminal action.  28 U.S.C. § 1455(a).  The Court needs those documents to determine whether the state proceeding satisfies the requirements for removal set out in § 1455(b).  Accordingly, this action is **DISMISSED without prejudice**, and the Clerk is **DIRECTED** to close this case.  If Martinson believes he can satisfy the statutory requirements for removal, he may file a new notice with the required documents.

**DONE** and **ORDERED** in Fort Myers, Florida on May 29, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record